IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANTHONY N. ENOS, | No. C 16-00898 EJD (PR) |
| Plaintiff. | ORDER OF DISMISSAL |

On February 23, 2016, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED:   4/15/2016

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on April 6, 2016. (Docket No. 6.)

Order of Dismissal
P:\PRO-SE\EJD\CR.16\00898Enos_dism-ifp&compl.wpd